1  Michael R. Mordaunt, Esq., Bar No. 66911
   Richard J. Sordello, Jr., Esq., Bar No. 155068
2  RIGGIO MORDAUNT & KELLY
   A Professional Law Corporation
3  2509 West March Lane, Suite 200
   Stockton, CA  95207
4  Telephone: (209) 473-8732

5  Attorneys for Defendant
   TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CATHERINE FISHER AND DONALD FISHER, | Case No. 2:19-cv-00114-TLN-KJN |
|---|---|
| Plaintiff(s), | **STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |
| vs. | |
| TARGET CORPORATION; DOE EMPLOYEE 1; AND DOES 1 through 50, inclusive, | |
| Defendant(s). | |

Plaintiffs CATHERINE FISHER and DONALD FISHER first filed their complaint against defendant TARGET CORPORATION in this matter on November 9, 2018, in the Sacramento County Superior Court.  On January 16, 2019, defendant TARGET CORPORATION filed its Notice of Removal and Answer, and thereafter, and on February 15, 2019, plaintiffs filed their motion to remand.  The motion was fully briefed by the parties, and on March 15, 2019, the court took the matter under submission.  To date, the court has not ruled on said motion.

The parties have not completed discovery in this matter and wish to obtain an extension of the discovery deadlines because neither party has completed discovery and both parties will be prejudiced if an extension is not granted.

THEREFORE, the parties hereby stipulate and agree that the court's Scheduling Order relative to this matter shall be modified as follows:

1.  All discovery, except non-expert shall be completed by February 17, 2020.

1
STIPULATION FOR EXTENSION OF DEADLINES AND ORDER

2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by April 17, 2020. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 17, 2020.

3. All dispositive motions shall be heard no later than August 15, 2020.

Dated: August 16, 2019      DEMAS LAW GROUP, P.C.

By: /s/ John M. Demas, Esq.
    John N. Demas, Esq.
    Attorneys for Plaintiff
    DONALD FISHER

Dated: August 16, 2019      ELIOT REINER, A.P.L.C.

By: /s/ Eliot M. Reiner, Esq.
    Eliot M. Reiner, Esq.
    Attorneys for Plaintiff
    DONALD FISHER

Dated: August 16, 2019      RIGGIO MORDAUNT & KELLY

By: /s/ Richard J. Sordello, Jr. Esq.
    Richard J. Sordello, Jr. Esq.
    Attorneys for Defendant
    TARGET CORPORATION

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. All discovery, except non-expert shall be completed by February 17, 2020.
2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by April 17, 2020. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 17, 2020.
3. All dispositive motions shall be heard no later than August 15, 2020.

DATED: August 16, 2019

Troy L. Nunley
United States District Judge