Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Mailing Address:  P.O. Box 7608
Stockton, CA  95267
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE FISHER AND DONALD FISHER,<br><br>          Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION; DOE EMPLOYEE 1; AND DOES 1 through 50, inclusive,<br><br>          Defendant(s). | Case No. 2:19-cv-00114-TLN-KJN<br><br>**STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |

Plaintiffs CATHERINE FISHER and DONALD FISHER first filed their complaint against defendant TARGET CORPORATION in this matter on November 9, 2018, in the Sacramento County Superior Court.  On January 16, 2019, defendant TARGET CORPORATION filed its Notice of Removal and Answer.  Thereafter, on February 15, 2019, plaintiffs filed a motion to remand and amend to name an additional individual defendant in this action.  The motion was fully briefed by the parties, and on March 15, 2019, the court took the matter under submission.

During the pendency of that motion, the parties stipulated to an extension of the discovery deadlines, which was granted by the court on December 6, 2019.  (See Docket No. 26.)

On March 10, 2020, the court issued an order denying plaintiffs' motion to remand and amend the complaint.

While the parties have been engaged in written discovery during that time, due to the current COVID-19 limitations, depositions and an independent examination of plaintiff in this

personal injury action have not been completed. Additionally, following that discovery the parties will need additional time to complete expert discovery. Under the current circumstances, including the COVID-19 impact on completing discovery and setting a trial date, the parties wish to obtain an extension of the current discovery deadlines because neither party has completed discovery and both parties will be prejudiced if an extension is not granted.

THEREFORE, the parties hereby stipulate and agree that the court's Scheduling Order relative to this matter shall be modified as follows:

1. All discovery, except expert discovery, shall be completed by August 17, 2021.

2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by October 18, 2021. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by November 16, 2021.

3. All dispositive motions shall be heard no later than March 4, 2022.

Dated: July 16, 2020                    DEMAS LAW GROUP, P.C.

                                        By:  /s/ Brad A. Schultz, Esq.
                                             Brad A. Schultz, Esq.
                                             Attorneys for Plaintiffs
                                             CATHERINE FISHER AND
                                             DONALD FISHER

Dated: July 16, 2020                    ELIOT REINER, A.P.L.C.

                                        By:  /s/ Brad A. Shultz, Esq. for
                                             Eliot M. Reiner, Esq.
                                             Attorneys for Plaintiff
                                             CATHERINE FISHER AND
                                             DONALD FISHER

Dated: July 16, 2020                    RIGGIO MORDAUNT & KELLY

                                        By:  /s/ Lori A. Reihl, Esq.
                                             Lori A. Reihl, Esq.
                                             Attorneys for Defendant
                                             TARGET CORPORATION

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. All discovery, except expert discovery, shall be completed by August 17, 2021.

2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by October 18, 2021.  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by November 16, 2021.

3. All dispositive motions shall be heard no later than **March 10, 2022**.

DATED: July 17, 2020

_____
Troy L. Nunley
United States District Judge