AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

| | |
|---|---|
| CATHERINE FISHER AND DONALD FISHER,<br>Plaintiff (s),<br>V.<br>TARGET CORPORATION; DOE EMPLOYEE 1; AND DOES 1 through 50, inclusive,<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:19-cv-00114-TLN-KJN |

Notice is hereby given that, subject to approval by the court, **Target Corporation** substitutes
(Party (s) Name)

Michael R. Mordaunt, Esq., Mordaunt, Roundy, Reihl & Jimerson , State Bar No. 66911 as counsel of record in
(Name of New Attorney)

place of   Michael R. Mordaunt, Esq., Riggio, Mordaunt & Kelly                                                               .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Mordaunt, Roundy, Reihl & Jimerson
Address:        7488 Shoreline Drive, Suite B1, Stockton, CA 95219
Telephone:      (209) 473-8732                       Facsimile
E-Mail (Optional): mmordaunt@mrrjlaw.com

I consent to the above substitution.

Date: 01/18/2021

*(signature)*
Daniel C. Moore, Director Counsel, Litigation -Target Corporation
(Signature of Party (s))

I consent to being substituted.

Date: 12/22/2020

*(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/22/2020

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2021

*(signature)*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]